**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., | : | |
| and ITT CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. _____ |
| | : | |
| AQUATIC INDUSTRIES, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**COMPLAINT**

Plaintiffs, ITT Manufacturing Enterprises ("ITT Manufacturing") and ITT

Corporation ("ITT"), by their attorneys, bring this action against Defendant, Aquatic

Industries, Inc. ("Aquatic") and allege as follows:

**Nature of the Action**

1.      ITT Manufacturing and ITT (collectively, "Plaintiffs") bring this civil

action to obtain monetary and injunctive relief for Aquatic's acts of trademark

infringement, unfair competition and deceptive practices in violation of Lanham Act, 15

U.S.C. §§ 1501 *et seq*. and for violations of Delaware State statutory and common law.

Aquatic is unlawfully using Plaintiffs' **ENGINEERED FOR LIFE®** registered

trademark in the advertising and marketing of its products, in an effort to trade on and

exploit the tremendous goodwill and public recognition which Plaintiffs have developed

in that mark at great expense.

**The Parties**

2.     ITT Manufacturing is a corporation organized and existing under the laws of the State of Delaware and maintains its corporate office at 1105 North Market Street, Wilmington, DE 19801.

3.     ITT is a corporation organized and existing under the laws of the State of Indiana, and having a principal place of business at 4 West Red Oak Lane, White Plains, NY 10604.

4.     Prior to 2006, ITT's corporate name was ITT Industries, Inc.

5.     ITT Manufacturing is the owner of the mark **ENGINEERED FOR LIFE**®, and trademark registrations of that mark in the United States and in many other countries.

6.     ITT licenses the mark **ENGINEERED FOR LIFE**® from ITT Manufacturing, with all use inuring to the benefit of ITT Manufacturing.

7.     ITT has three operating units:  Motion and Flow Control, Fluid Technologies, and Defense Electronics and Services.

8.     ITT's Fluid Technologies and Motion and Flow Control divisions manufacture and sell numerous products for use with commercial and residential water systems and water-based heating systems, including:

- HYDROAIR® aquatic products for pool, spa, and whirlpool applications,
- MARLOW® bath, pool, and spa pumps,
- GOULDS® well pumps,
- MCDONNELL & MILLER® steam and hot water boiler products,

- BELL & GOSSETT® pumps for commercial HVAC and residential hot water heating applications,

- HOFFMAN® products for steam and hot water heating systems, and

- AQUIOUS® drinking water purification equipment.

ITT manufactures and sells consumer products for marine applications within its JABSCO® and RULE® product lines.

9.    On information and belief, Aquatic is a corporation organized and existing under the laws of the State of Ohio and maintains a principal place of business at 11880 Ranch Road 2443 W., Leander, Texas 78691.

10.    On information and belief, Aquatic is engaged in the business of manufacturing and marketing whirlpool baths, tubs, spas and shower bases, and has advertised and marketed its products in this District and elsewhere in the United States, in association with the mark **ENGINEERED FOR LIFE®**.

11.    Aquatic appropriates and incorporates Plaintiff's **ENGINEERED FOR LIFE®** mark in its entirety as part of its mark DESIGNED FOR LUXURY. ENGINEERED FOR LIFE.

## Jurisdiction And Venue

12.    This is an action for trademark infringement, unfair competition and deceptive practices under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051, *et seq.,* and the statutory and common law of the State of Delaware.

13.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338 and 15 U.S.C. § 1121, in that the matter arises under the laws of the United States, including the Lanham Act.

14.    The Court has jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

15.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1391(d) because the acts of Aquatic, of which complaint is herein made, have been and continue to be committed by Aquatic in interstate commerce and in this District.

### Plaintiffs' ENGINEERED FOR LIFE® Trademark

16.    Plaintiff ITT Manufacturing is the owner of the trademark **ENGINEERED FOR LIFE®**, as well as over 20 United States federal registrations for the mark **ENGINEERED FOR LIFE®** in various classes of goods and services, including U.S. Registration No. 2,606,789 ("the '789 registration") for "spa, pool, bath and aquatic products, namely, cycle valve assemblies comprised of valves, pressure gauges, pumps; jet and jet valve assemblies comprised of nuts, rings, handles, manifolds, jets, locks; air injectors; controls; manifolds; drain and suction assemblies comprised of covers, fittings, tees, plugs, nuts, gaskets; air controls; valve assemblies comprised of handles, covers, fittings, nuts, o'rings, washers, rotors, plugs; air blowers and air blower motors; whirlpool bath heaters; air switches; wall fitting assemblies comprised of fittings, eyeballs, nuts, gaskets, rings; blower assemblies comprised of blowers, ports; slip socket assemblies comprised of socket bodies, gaskets, lock nuts, fittings; injector jet assemblies comprised of jets, nozzles, fittings, check valves; and parts therefore, namely, nozzles, orifice reducers, skimmers, pvc couplings, elbows, tees, reducers, barbs and pump stands" in International Class 7.  A copy of this registration is attached at Exhibit A.

4

17.     Plaintiff ITT Manufacturing is also the owner of the following U.S.
Registrations for **ENGINEERED FOR LIFE®**, copies of which are attached at
Exhibits B-E:

- Reg. No. 2,594,048 ("the '048 registration") for, *inter alia*, "water purification
  units" in class 11, and "marine products, namely, pumps, namely, bilge
  pumps, submersible pumps, sump pumps, lever pumps, portable pumps, hand
  pumps, live well/aerator pumps and accessories; winches and accessories,
  pumps hoses, adaptors and fittings" in International Class 7;

- Reg. No. 2,615,780 ("the '780 registration") for, *inter alia,* "peripheral
  pumps, self-priming pumps, centrifugal pumps, pressure vessel with single
  phase pump, close coupled pumps, submersible pumps, submersible motors,
  surface irrigation pumps, circulating pumps, machine pumps, diaphragm surge
  tanks and accessories therefor, namely, drop cables, floats, ball check valves,
  pressure switches, flexible pipe, level indicator, air feeders, water filters,
  water softeners, polyphosphate proportioners" in International Class 7 and
  "lifting stations waste water pumps, heating installation pumps" in
  International Class 11;

- Reg. No. 2,481,516 ("the '516 registration") for " steam and hydronic heating
  systems products, namely, traps, regulators, vents, valves and strainers,
  pumps" in International Class 11, and "flow control system products, namely,
  electronic boiler controls, namely, low water cut-offs, water feeders,
  replacement head mechanisms, switches, blowdown valves, cartridge and

strainer valves, pressure relief valves; float and pneumatic actuated liquid level controls; water flow switches" in International Class 9; and

- Reg. No. 2,378,371 ("the '371 registration") for, *inter alia,* "heating and cooling equipment and components, namely, booster pumps, circulating pumps, compression tanks, air separators, air vents, boiler check valves, relief and reducing valves, balance valves, suction diffusers, sediment removal separators, combination check valves, shut-off valves, flow control valves, close coupled valves, double suction pumps, split-case pumps, wet pit pumps, multi-stage pumps, heat exchangers, water tank heaters, pumps for heating, cooling and refrigeration; hot water and cooling systems comprising pumps, valves, sensors, controllers, flow meters, temperature detectors all sold as a unit" in International Class 11.

18.    The '371 registration, the '516 registration, the '780 registration, and the '789 registration have achieved incontestable status.

19.    Plaintiffs use the mark **ENGINEERED FOR LIFE®** in association with a wide variety of goods and services, including products for pool, spa, and whirlpool applications, pumps, hydronic (water- or steam-based) heating systems, and water purification equipment, including in connection with an inline heater for whirlpool tub and spa applications.  A copy of the cover and relevant pages from ITT's product catalog for spa and whirlpool parts, and photographic images of packaging for relevant goods, are attached as Exhibit F.

20.    Plaintiffs' commercial use of the **ENGINEERED FOR LIFE®** mark commenced at least as early as September 1998.

6

21.    Plaintiffs have used the mark continuously in advertising and marketing their goods and services.

22.    Through years of continuous use on a wide variety of goods and services throughout the United States and the world, and at great expense to ITT, the inherent distinctiveness of the mark **ENGINEERED FOR LIFE®**, and the degree of recognition of the mark in the channels of trade used by Plaintiffs, Plaintiffs' **ENGINEERED FOR LIFE®** mark has become a distinctive and famous mark in the United States, identifying Plaintiffs' goods and services to customers and potential customers.

23.    Purchasers of certain of Plaintiffs' products, such as its well pumps and heating systems and components thereof for residential and commercial use, include residential and commercial construction contractors and plumbers.

### Aquatic's Activities

24.    Aquatic uses Plaintiffs' mark **ENGINEERED FOR LIFE®** in conjunction with the terms, DESIGNED FOR LUXURY. in advertising, promotional materials, user's manuals, and online catalogs and catalogs used as displays for the goods, in connection with whirlpool and spa products, including whirlpool tubs and inline heaters for whirlpool tubs. Examples of Defendant's product literature are attached as Exhibit G, including relevant pages from Defendant's product catalog and copies of the covers of the Owner's Manual & Installation Guide for several relevant products.

25.    On information and belief, purchasers of Defendant's products include homeowners, residential and commercial construction contractors, and plumbers.

26.    The use of Plaintiffs' **ENGINEERED FOR LIFE**® mark by Aquatic is likely to cause confusion, mistake or deception as to the origin of Aquatic's products or sponsorship or approval of Aquatic's products by Plaintiffs.

27.    Plaintiffs first became aware of Aquatic's use of the **ENGINEERED FOR LIFE**® mark in late December 2006 in connection with internet advertising for Aquatic's products.

28.    On January 8, 2007, Plaintiffs sent a cease and desist letter to Aquatic putting Aquatic on notice that it was infringing Plaintiffs' mark and demanding that it cease use of the **ENGINEERED FOR LIFE**® mark.  Tracking receipts show acceptance of this letter by Aquatic on January 19, 2007.  A copy of the letter and tracking information is provided as Exhibit H.

29.    Aquatic acknowledged and responded to Plaintiffs' letter on February 20, 2007.

30.    At least since January 19, 2007, Defendant has been aware of Plaintiffs' prior use of and rights in their **ENGINEERED FOR LIFE**® mark, yet continues to use that mark with full knowledge of those rights and the resulting likelihood of confusion.

31.    Unless enjoined from selling, marketing and advertising its products under Plaintiffs' **ENGINEERED FOR LIFE**® mark, or marks incorporating **ENGINEERED FOR LIFE**® in its entirety, Aquatic's continued use of Plaintiffs' **ENGINEERED FOR LIFE**® mark will cause irreparable harm to Plaintiffs by creating confusion among the consuming public, diminishing the distinctiveness of Plaintiffs' registered mark and misappropriating the associated goodwill.

## COUNT I

### Trademark Infringement under 15 U.S.C. §1114

32.    All of the allegations of paragraphs 1-31 are incorporated herein by reference.

33.    Aquatic's acts alleged herein are without the permission or authority of Plaintiffs and are likely to cause confusion, mistake and deception, thereby constituting infringement of Plaintiffs' federally registered **ENGINEERED FOR LIFE®** mark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

34.    Upon information and belief, Aquatic's infringement has been willful and deliberate, constituting an exceptional case pursuant to Section 35(a)(3) of the Lanham Act, 15 U.S.C. §1117.

35.    By reason of the foregoing acts of Aquatic, Plaintiffs have sustained -- and unless Aquatic is enjoined will continue to sustain -- irreparable injury and other damage to the rights of Plaintiffs in their **ENGINEERED FOR LIFE®** mark and to their business, reputation and goodwill.  Aquatic has unlawfully and wrongfully derived, and will derive, income and profits, and has been and will be unjustly enriched as a result of the foregoing acts.  Plaintiffs have no adequate remedy at law.

## COUNT II

### False Designation of Origin and Unfair Competition Under 15 U.S.C. § 1125(a)

36.    All of the allegations of paragraphs 1-35 are incorporated herein by reference.

37.    Aquatic's use of Plaintiffs' **ENGINEERED FOR LIFE®** mark in interstate commerce in connection with the advertising, marketing and sale of its products

is a false designation of origin which is likely to cause confusion, mistake and deception

as to (1) the affiliation, connection or association of Aquatic with Plaintiffs and (2) the

origin, sponsorship, or approval of Aquatic's products by Plaintiffs.  Aquatic's aforesaid

acts are  in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

38.    Upon information and belief, Aquatic's infringement has been willful and

deliberate, constituting an exceptional case pursuant to Section 35(a)(3) of the Lanham

Act, 15 U.S.C. § 1117.

39.    By reason of the foregoing acts of Aquatic, Plaintiffs have sustained -- and

unless Aquatic is enjoined will continue to sustain --  irreparable injury and other damage

to the rights of Plaintiffs in their **ENGINEERED FOR LIFE®** mark and to their

business, reputation and goodwill.  Aquatic has unlawfully and wrongfully derived, and

will derive, income and profits, and has been and will be unjustly enriched as a result of

the foregoing acts.  Plaintiffs have no adequate remedy at law.

## COUNT III

### Deceptive Trade Practices Under 6 Del. C. § 2532

40.    All of the allegations of paragraphs 1-39 are incorporated herein by

reference.

41.    The foregoing acts of Aquatic constitute deceptive acts and practices in

violation Delaware's Deceptive Trade Practices statute, 6 Del. C. § 2531 et seq.

42.    The foregoing acts, *inter alia*, constitute a passing off of Defendant's

goods as those of Plaintiffs, create a likelihood of confusion or misunderstanding as to

the source, sponsorship, approval, or certification of Defendant's goods, and create a

likelihood of confusion or misunderstanding as to Defendant's affiliation, connection, or association with, or certification by Plaintiffs, in violation of 6 Del. C. § 2532.

43.    Plaintiffs have been damaged by and Aquatic has profited from its wrongful conduct in an amount to be proven at trial.

44.    By reason of the foregoing acts of Aquatic, Plaintiffs have sustained -- and unless Aquatic is enjoined will continue to sustain -- irreparable injury and other damage to the rights of Plaintiffs in their **ENGINEERED FOR LIFE®** mark and to their business, reputation and goodwill.  Aquatic has unlawfully and wrongfully derived, and will derive, income and profits, and has been and will be unjustly enriched as a result of the foregoing acts.  Plaintiffs have no adequate remedy at law.

45.    Defendant's willful and deceptive trade practices entitle Plaintiffs to recover treble the amount of any actual damages awarded for the same conduct under Delaware common law, as well as reasonable attorneys fees.

46.    Plaintiffs are entitled to preliminary and permanent injunctive relief under 6 Del. C. § 2533 to prevent Defendant's continuing deceptive trade practices.

## **COUNT IV**

## **Trademark Infringement And Unfair Competition Under Delaware Common Law**

47.    All of the allegations of paragraphs 1-46 are incorporated herein by reference.

48.    This claim arises under the common law of Delaware relating to trademark infringement, unfair competition, and passing off.

49.    Upon information and belief, Aquatic has intentionally (i) appropriated Plaintiffs' **ENGINEERED FOR LIFE®** mark with the intent of causing confusion,

mistake, and deception as to the source of its products, (ii) injured Plaintiffs by taking

their business and/or impairing their goodwill, and (iii) unfairly profited using Plaintiffs'

**ENGINEERED FOR LIFE®** mark, and as such Aquatic has committed trademark

infringement, unfair competition and passing off under Delaware common law.

      50.    By reason of the foregoing acts of Aquatic, Plaintiffs have sustained -- and

unless Aquatic is enjoined will continue to sustain -- irreparable injury and other damage

to the rights of Plaintiffs in their **ENGINEERED FOR LIFE®** mark and to their

business, reputation and goodwill. Aquatic has unlawfully and wrongfully derived, and

will derive, income and profits, and has been and will be unjustly enriched as a result of

the foregoing acts. Plaintiffs have no adequate remedy at law.

## COUNT V

## Dilution Under Delaware Trademark Act 6 Del. C. § 3313

      51.    All the allegations of paragraphs 1-50 are incorporated herein by

reference.

      52.    Plaintiffs' **ENGINEERED FOR LIFE®** mark is inherently distinctive and

valid, as established by its federal registration on the Principal Register in connection

with a wide variety of goods and services, including products for pool, spa, and whirlpool

applications, many of such registrations having become incontestable, and Plaintiffs'

mark has acquired further distinctiveness through continuous use in connection with such

goods and services for more than five years.

      53.    The unauthorized use by Aquatic of Plaintiffs' **ENGINEERED FOR

LIFE®** mark in connection with baths, tubs, spas and shower bases, is likely to create a

mental association in the minds of consumers with Plaintiffs' **ENGINEERED FOR**

LIFE® mark, which is known by customers and potential customers to be used in connection with a wide variety of products, including components for pool, spa, and whirlpool applications, water pumps, and other products associated with commercial or residential water systems.

54.    The foregoing acts of Aquatic are likely to cause dilution of the distinctive quality of Plaintiffs' distinctive and valid **ENGINEERED FOR LIFE®** mark in violation of the Delaware Trademark Act, 6 Del. C. § 3313.

## PRAYER FOR RELIEF

In view of the foregoing, Plaintiffs ask that this Court grant relief as follows:

A.    That Aquatic, its agents, servants, employees, successors and assigns, and all others in concert or privity with them, be preliminarily and permanently enjoined from infringing Plaintiffs' **ENGINEERED FOR LIFE®** mark.

B.    That  Aquatic, its agents, servants, employees, successors and assigns, and all others in concert or privity with them, be preliminarily and permanently enjoined from using Plaintiffs' **ENGINEERED FOR LIFE®** mark or any confusingly similar designation, alone or in combination with other words, as a trademark, service mark, trade name component, an Internet domain name, or otherwise to market, advertise, or identify Aquatic or its goods and services;

C.    That Aquatic, its agents, servants, employees, successors and assigns, and all others in concert or privity with them, be preliminarily and permanently enjoined from unfairly competing with Plaintiffs or engaging in any activity which has a tendency to dilute, tarnish, or otherwise will irreparably harm and damage Plaintiffs' **ENGINEERED FOR LIFE®** mark and the goodwill associated with that mark;

D.    That Aquatic be required to account to Plaintiffs or to pay over to Plaintiffs an amount equal to all gains, profits, and advantages derived by Aquatic by reason of its acts of infringement, false designation of origin, and unfair competition;

E.    That, should the Court find the accounting of gains, profits, and advantages stated in Paragraph D inadequate compensation for the Plaintiffs, Aquatic be required to pay Plaintiffs such sum as the Court shall find just according to the willful nature of Aquatic's unlawful acts;

F.    That the amounts awarded be trebled pursuant to 15 U.S.C. § 1117 and 6 Del. Code § 2533(c), or increased as the Court shall find to be just, according to the circumstances of the case;

G.    That  Aquatic be required to pay over to Plaintiffs a sum equal to the damages for the injury to the goodwill associated with Plaintiffs' **ENGINEERED FOR LIFE**® mark;

H.    That Plaintiffs be awarded the costs of this action and attorneys fees and costs incurred in this action, as well as prejudgment interest;

I.    Requiring Aquatic to surrender for destruction all packaging, labels, advertisements and other materials constituting infringement of Plaintiffs' **ENGINEERED FOR LIFE**® mark; and

J.    That the Court order such other and further relief as may be appropriate.

Respectfully submitted,

Dated:  November 20, 2007

Rex A. Donnelly (Del. ID No. 3492)
Keith A. Walter (Del. ID No. 4157)
Joanne Ceballos (Del. ID No. 2854)
RatnerPrestia
Suite 1100, Nemours Building
1007 Orange Street
Wilmington, DE  19801
(302) 778-2500
radonnelly@ratnerprestia.com

Counsel for Plaintiffs

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,606,789
Registered Aug. 13, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## ENGINEERED FOR LIFE

ITT MANUFACTURING ENTERPRISES, INC. (DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: SPA, POOL, BATH AND AQUATIC PRODUCTS, NAMELY, CYCLE VALVE ASSEMBLIES COMPRISED OF VALVES, PRESSURE GAUGES, PUMPS; JET AND JET VALVE ASSEMBLIES COMPRISED OF NUTS, RINGS, HANDLES, MANIFOLDS, JETS, LOCKS; AIR INJECTORS; CONTROLS; MANIFOLDS; DRAIN AND SUCTION ASSEMBLIES COMPRISED OF COVERS, FITTINGS, TEES, PLUGS, NUTS, GASKETS; AIR CONTROLS; VALVE ASSEMBLIES COMPRISED OF HANDLES, COVERS, FITTINGS, NUTS, O'RINGS, WASHERS, ROTORS, PLUGS; AIR BLOWERS AND AIR BLOWER MOTORS; WHIRLPOOL BATH HEATERS; AIR SWITCHES; WALL FITTING ASSEMBLIES COMPRISED OF FITTINGS, EYEBALLS, NUTS, GASKETS, RINGS; BLOWER ASSEMBLIES COMPRISED OF BLOWERS, PORTS; SLIP SOCKET ASSEMBLIES COMPRISED OF SOCKET BODIES, GASKETS, LOCK NUTS, FITTINGS; INJECTOR JET ASSEMBLIES COMPRISED OF JETS, NOZZLES, FITTINGS, CHECK VALVES; AND PARTS THEREFOR, NAMELY, NOZZLES, ORIFICE REDUCERS, SKIMMERS, PVC COUPLINGS, ELBOWS, TEES, REDUCERS, BARBS AND PUMP STANDS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

SER. NO. 76-140,402, FILED 10-5-2000.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cls.: **1, 3, 6, 7, 9, 11 and 12**

Prior U.S. Cls.: **1, 2, 4, 5, 6, 10, 12, 13, 14, 19, 21, 23, 25, 26, 31, 34, 35, 36, 38, 44, 46, 50, 51 and 52**

## United States Patent and Trademark Office

Reg. No. 2,594,048
Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## ENGINEERED FOR LIFE

ITT MANUFACTURING ENTERPRISES, INC. (DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: EPOXY GLUE FOR GENERAL BONDING AND REPAIR PURPOSES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: SEAL ANTS FOR CLEANING AND BUFF-ING WATER VEHICLES; BOAT CARE PRODUCTS, NAMELY, BILGE CLEANER, BOAT SOAP, SPRAY CLEANER, MILDEW CLEANER AND STAIN RE-MOVER; FIBERGLASS CLEANER; STAIN LIFTER, HULL CLEANER AND STAIN REMOVER, AND TO WET CONDITIONERS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: MARINE ANCHORS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: MARINE PRODUCTS, NAMELY, PUMPS, NAMELY, BILGE PUMPS, SUBMERSIBLE PUMPS, SUMP PUMPS, LEVER PUMPS, PORTABLE PUMPS, HAND PUMPS, LIVE WELL/AERATOR PUMPS AND ACCESSORIES; WINCHES AND ACCESSOR-IES, PUMPS HOSES, ADAPTORS AND FITTINGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: ELECTRIC FLOAT AND PANEL SWITCHES, DIRECTIONAL COMPASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: WATER PURIFICATION UNITS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

FOR: ANTI-THEFT MARINE VEHICLE ALARMS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-190,893, FILED 1-8-2001.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cls.: 7, 9, and 11

Prior U.S. Cls.: 13, 19, 21, 23, 26, 31, 34, 35, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,615,780
Registered Sep. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# ENGINEERED FOR LIFE

ITT MANUFACTURING ENTERPRISES, INC.
(DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: PERIPHERAL PUMPS, SELF-PRIMING PUMPS, CENTRIFUGAL PUMPS, PRESSURE VESSEL WITH SINGLE PHASE PUMP, CLOSE COUPLED PUMPS, SUBMERSIBLE PUMPS, SUBMERSIBLE MOTORS, SURFACE IRRIGATION PUMPS, CIRCULATING PUMPS, MACHINE PUMPS, DIAPHRAGM SURGE TANKS AND ACCESSORIES THEREFOR, NAMELY, DROP CABLES, FLOATS, BALL CHECK VALVES, PRESSURE SWITCHES, FLEXIBLE PIPE, LEVEL INDICATOR, AIR FEEDERS, WATER FILTERS, WATER SOFTENERS, POLYPHOSPHATE PROPORTIONERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

FOR: AUTOMATIC CONTROL DEVICE FOR SINGLE PHASE PUMPS, CONTROL BOXES, FREQUENCY CONVERTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

FOR: LIFTING STATIONS WASTE WATER PUMPS, HEATING INSTALLATION PUMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

SN 75-942,079, FILED 3-11-2000.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cls.: 9 and 11

Prior U.S. Cls.: 13, 21, 23, 26, 31, 34, 36 and 38

Reg. No. 2,481,516

## United States Patent and Trademark Office

Registered Aug. 28, 2001

### TRADEMARK
#### PRINCIPAL REGISTER

## ENGINEERED FOR LIFE

ITT MANUFACTURING ENTERPRISES, INC.
(DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: FLOW CONTROL SYSTEM PRODUCTS,
NAMELY, ELECTRONIC BOILER CONTROLS,
NAMELY, LOW WATER CUT-OFFS, WATER FEE-
DERS, REPLACEMENT HEAD MECHANISMS,
SWITCHES, BLOWDOWN VALVES, CARTRIDGE
AND STRAINER VALVES, PRESSURE RELIEF
VALVES; FLOAT AND PNEUMATIC ACTUATED
LIQUID LEVEL CONTROLS; WATER FLOW
SWITCHES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

FOR: STEAM AND HYDRONIC HEATING SYS-
TEMS PRODUCTS, NAMELY, TRAPS, REGULA-
TORS, VENTS, VALVES AND STRAINERS, PUMPS,
IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ENGINEERED", APART FROM
THE MARK AS SHOWN.

SER. NO. 75-816,776, FILED 10-7-1999.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cls.: 6, 7, 8, 9, 11 and 17

Prior U.S. Cls.: 1, 2, 5, 12, 13, 14, 19, 21, 23, 25, 26, 28, 31, 34, 35, 36, 38, 44 and 50

Reg. No. 2,378,371

## United States Patent and Trademark Office

Registered Aug. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## ENGINEERED FOR LIFE

ITT MANUFACTURING ENTERPRISES, INC. (DELA-WARE CORPORATION)
1105 N. MARKET STREET
WILMINGTON, DE 19801 , BY ASSIGNMENT ITT INDUSTRIES, INC. (INDIANA CORPORATION)
WHITE PLAINS, NY 10604

FOR: METAL BOILER FITTINGS AND METAL TANK FITTINGS, NAMELY, PIPES, BALANCERS AND VALVES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

FOR: POWER OPERATED PUMPS, NAMELY, FLEXIBLE IMPELLER PUMPS, CENTRIFUGAL PUMPS, VANE PUMPS, MACERATOR PUMPS, BILGE PUMPS, SUBMERSIBLE PUMPS, ENGINE COOLING PUMPS, OIL DRAIN PUMPS, DIA-PHRAGM PUMPS, SOLIDS HANDLING PUMPS, EN-GINE COOLING PUMPS, VACUUM PUMPS, SPLIT CASE PUMPS, SELF-PRIMING PUMPS, SLUDGE PUMPS, PROCESS PUMPS, STOCK PUMPS, MAG-NETIC DRIVE PUMPS, CHEMICAL SERVICE PUMPS, SLURRY PUMPS, CORROSIVE SERVICE PUMPS, FIRE PUMPS, BOILER FEED PUMPS AND DRUM PUMPS AND REPLACEMENT PARTS AND ACCESSORIES THEREFOR, NAMELY, GAUGES, COUPLERS, SHAFTS, MOTORS, BEARINGS, SEALS, GASKETS, RINGS, SPRINGS, IMPELLERS, FLANGES, WASHERS, NUTS, PLATES, SCREWS ALL SOLD AS A UNIT FOR USE IN GENERAL IN-DUSTRY, CONSTRUCTION, AGRICULTURE, LAB-ORATORY, CHEMICAL, SANITARY, PLANT MAIN-TENANCE AND MARINE INDUSTRIES; VALVES BEING PARTS OF MACHINES, NAMELY, KNIFE GATE VALVES, SLIDE GATE VALVES, DIA-

PHRAGM VALVES AND BALL VALVES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

FOR: MANUALLY OPERATED PUMPS FOR USE IN THE RECREATIONAL MARINE INDUSTRY, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

FOR: AUTOMATIC CONTROL VALVES FOR USE WITH HEATING AND COOLING EQUIPMENT, PUMP CONTROLLERS, PUMP INDICATORS IN THE NATURE OF MEASURING GAUGES, PUMP VOL-UME FLOW METERS, BOILER CONTROLS, NAME-LY, PUMP CONTROLS, HIGH PRESSURE LOW WATER CUT-OFF SWITCHES, BOILER WATER FEEDER SWITCHES, FEEDER CUT-OFF COMBINA-TION SWITCHES, MAKE-UP WATER FEEDER SWITCHES, AUTOMATIC PRESSURE RELIEF VALVES, LOW WATER CUT-OFF SWITCHES, ELEC-TRIC WATER FEEDER SWITCHES, AUTOMATIC TEST VALVES, FLOAT OPERATED SWITCHES, PROBE CONTROLS, LOW WATER CUT-OFF SWITCHES FOR HOT WATER BOILERS, REPLACE-MENT HEAD MECHANISMS FOR FEEDER SWITCH-ES, CUT-OFF SWITCHES, PUMP CONTROLLERS, AUTOMATIC SEQUENCING BLOWDOWN VALVES, LIQUID LEVEL CONTROL SWITCHES, FLOW SWITCHES, MICROPROCESSORS, COMPUTER SOFTWARE FOR THE SELECTION AND DESIGN OF FLUID HANDLING CONTROLS, INSTRUMENTS AND TRANSFER PRODUCTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

FOR: VALVES FOR BOILER BURNERS AND BOILER IGNITERS, CUSTOM FABRICATED VALVES FOR HANDLING OF PROCESS FLUIDS

2,378,371

FOR THE WASTE WATER INDUSTRY, HEATING AND COOLING EQUIPMENT A ND COMPONENTS, NAMELY, BOOSTER PUMPS, CIRCULATING PUMPS, COMPRESSION TANKS, AIR SEPARATORS, AIR VENTS, BOILER CHECK VALVES, RELIEF AND REDUCING VALVES, BALANCE VALVES, SUCTION DIFFUSERS, SEDIMENT REMOVAL SEPARATORS, COMBINATION CHECK VALVES, SHUT-OFF VALVES, FLOW CONTROL VALVES, CLOSE COU-PLED VALVES, DOUBLE SUCTION PUMPS, SPLIT-CASE PUMPS, WET PIT PUMPS, MULTI-STAGE PUMPS, HEAT EXCHANGERS, WATER TANK HEATERS, PUMPS FOR HEATING, COOLING AND REFRIGERATION; HOT WATER AND COOLING SYSTEMS COMPRISING PUMPS, VALVES, SEN-SORS, CONTROLLERS, FLOW METERS, TEMPERA-TURE DETECTORS ALL SOLD AS A UNIT COM-MERCIAL AND DOMESTIC AIR FILTERS, HEATING AND COOLING REGULATORS, NAMELY, TRAPS AND STRAINERS FOR WATER CONDENSATION FROM AIR COOLING UNITS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

FOR: RUBBER SEALS FOR USE IN HEATING AND COOLING EQUIPMENT, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 9–14–1998; IN COMMERCE 9–14–1998.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''ENGINEERED'', APART FROM THE MARK AS SHOWN.

SER. NO. 75–328,068, FILED 7–21–1997.

CHERYL S. GOODMAN, EXAMINING ATTORNEY

# ITT HydroAir is proud to introduce our 2006 worldwide catalogue.

The catalogue presents our extensive worldwide offering and ensures that our customers can benefit from products developed at both ITT HydroAir locations in USA and Denmark.

ITT HydroAir supplies professional manufacturers (OEMs) of whirlpools, spas, swimming pools and aquaculture system solutions. We offer system solutions, knowledge, and an extensive product range which include pumps, blowers, hydrotherapy jets, electronic- and pneumatic systems, underwater lights and other related articles. We also work in close co-operation with our distribution partners around the world.

ITT HydroAir is among the pioneers supplying products to the spa and whirlpool industry.  Our extensive market and product knowledge has moved ITT HydroAir into a leading position on the worldwide spa and whirlpool market today.

The ITT HydroAir companies are part of the multinational corporation ITT Industries.

## Practical information

### Article Numbers
The two sites currently operate with different article numbers for the same articles. To avoid confusion all articles stocked in Varde, Denmark are marked yellow, except for the chapters that consist only of products stocked in Varde, Denmark. These chapters will be clearly marked with *"Products shown on this page are approved in accordance with European norms and are shipped from Denmark"* at the top of each page.

IMP included in an article number indicates Imperial measurement.

The Table of Contents (index) will indicate if the goods are stocked in Denmark or in the US.

### Shipment
**ITT HydroAir, USA** ship out of our warehouse in Foothill Ranch, California USA.

**ITT HydroAir, Denmark** ship out of our warehouse in Varde, Denmark.

## Technical Details
The catalogue will show technical details in accordance with both American and European standards. Important measurements are mentioned in both inches and millimetres, gallons are translated into litres, PSI is translated into m/head etc.

Please note: We have an extensive offering in both metric and imperial sized jets and fittings to match both American and European standards.

E.g. we offer many of our air controls in both 1" and 32 mm. In a direct conversion 1" is converted to 25.4 mm. We have chosen to mark non-direct conversions with brackets.



**Direct conversion**
2.492"
63mm

5/4" O.D.

2.945"
74mm

**Non-direct conversion**

1" slip
(32mm I.D.)

**Colour coding of products stocked in Denmark:**
Danish products are coded in the following way:

| | |
|---|---|
| xx-xxxx | White ABS / white plated brass |
| xx-xxxx-1 | Chrome plated brass |
| xx-xxxx-5 | Stainless steel |
| xx-xxxx-11 | Chrome plated ABS |
| xx-xxxx-36 | Grey ABS / grey plated ABS |
| xx-xxxxFP-36 | Grey ABS, Five Point Scallop design |

### Approvals
For full details of our approvals please see web site www.itthydroair.com

### Sales Terms & Conditions
For full details of our sales terms & conditions please see web site www.itthydroair.com

HydroAir



**ITT Industries**
*Engineered for life*

**ITT HydroAir** part of Jabsco

**USA** • 450 Delta Avenue Brea, CA 92821 • 800-230-9560 / 714-257-9485 • Fax 714-257-9486 E-mail michael.kort@itt.com
**Denmark** • Roustvej 50, 6800 Varde, Denmark • Tel (+45) 75 22 46 88 • E-mail hydroair.dk@fluids.ittind.se

# NEW "DRY SYSTEM" FOR 2006



**DryJet™** effectively reduces system water retention. See them on page 22 *Available in Metric.*



**DrySuction™** with safety features and a 117GPM (27m$^3$/h) flow rating. See it on page 40 *Available in Metric.*



**Magna™ pump series** 120V, 60 Hz. See them on page 55



**HA 350 pump series** 230V, 50Hz. See them on page 88

**Electronic On/Off** The air button alternative. Use with Magna series pumps (only) See it on page 61

HydroAir



**ITT Industries** *Engineered for life*

**HydroAir** **JETS** | **ITT Industries** *Engineered for life*

## Multiport VSR™ Series Jets

### VSR™ Multiport / Rotating Jet Assemblies



36-5766 Nut
36-5766

36-5765 Ring
36-5765

36-5772 – Jet Body 3/8" barb x 3/4" slip, 1 side (Shown)
36-5773 – 3/8" x 3/4" barb, 1 side
36-5771 – 3/8" x 3/4" barb
36-5771 – 11mm O.D. air x 22mm O.D. water
36-5770 – 3/8" barb x 3/4" slip

16-5779 – Manifold assembly 3/8" barb x 3/4" slip, 1 side (Shown)
16-5779B – 3/8" x 3/4" barb, 1 side
16-5778B – 3/8" x 3/4" barb
16-5778 – 3/8" barb x 3/4" slip

16-5781 Handle assembly
16-5781
16-5781-36

   

**16-5782** Includes: 16-5779 Jet manifold assy. & 16-5781 Handle assy

**16-5783** Includes: 16-5779B Jet manifold assy. & 16-5781 Handle assy

**16-5784** Includes: 16-5778B Jet manifold assy. & 16-5781 Handle assy

**16-5785** Includes: 16-5778 Jet manifold assy. & 16-5781 Handle assy

### FP VSR™ Multiport / Rotating Jet Assemblies



36-5766 Nut
36-5766

36-5765 Ring
36-5765

36-5772 – Jet Body 3/8" barb x 3/4" slip, 1 side (Shown)
36-5773 – 3/8" x 3/4" barb, 1 side
36-5771 – 3/8" x 3/4" barb
36-5771 – 11mm O.D. air x 22mm O.D. water
36-5770 – 3/8" barb x 3/4" slip

16-5779 – Manifold assembly 3/8" barb x 3/4" slip, 1 side (Shown)
16-5779B – 3/8" x 3/4" barb, 1 side
16-5778B – 3/8" x 3/4" barb
16-5778 – 3/8" barb x 3/4" slip

16-5781FP Handle assembly
16-5781FP-36

   

**16-5782FP** Includes: 16-5779 Jet manifold assy. & 16-5781FP Handle assy

**16-5783FP** Includes: 16-5779B Jet manifold assy. & 16-5781FP Handle assy

**16-5784FP** Includes: 16-5778B Jet manifold assy. & 16-5781FP Handle assy

**16-5785FP** Includes: 16-5778 Jet manifold assy. & 16-5781FP Handle assy

### SPECIFICATIONS:
**Output:** 13 GPM at 12 psi, 2 m³/h @ 7m H₂O
**Hole Size:** 3 1/2"
**Clearance:** 4.5" Behind tub wall
**Installation:** Requires 4 1/2" flat area
**Options:** "L" Gasket 36-5710
Flexible tubes/clamps see page 108

**Features**
• Rotates on Low or High speed
• Rotates with or without Air
• Through wall installation with "L" gasket eliminates the need for silicone
• Polished Finish (FP VSR Textured Finish)
• Rotates without use of Ball Bearings

### Jet Manifold Assemblies and replacement parts



36-5766 Nut | 3/4" slip | 3/8" barb | 36-5772 Jet Body
36-5765 Ring
4.410"
4.540"

**16-5779** - Jet Manifold Assy, -1 Side *(less Handle assembly)* Includes: Jet Manifold Body, Ring and Nut



36-5766 Nut | 3/4" barb | 3/8" barb | 36-5773 Jet Body
36-5765 Ring
4.410"
4.540"

**16-5779B** - Jet Manifold Assy, -1 Side *(less Handle assembly)* Includes: Jet Manifold Body, Ring and Nut



36-5766 Nut | 36-5765 Ring | 3/8" barb 11mm O.D. | 36-5771 Jet Body
3/4" barb 22mm O.D.
4.410" 112mm
4.540" 115mm

**16-5778B** - Jet Manifold Assy, - Barb *(less Handle assembly)* Includes: Jet Manifold Body, Ring and Nut



36-5766 Nut | 36-5765 Ring | 3/8" barb | 36-5770 Jet Body
3/4" slip
4.410"
4.540"

**16-5778** - Jet Manifold Assy *(less Handle assembly)* Includes: Jet Manifold Body, Ring and Nut

# HydroAir **PUMPS**                              **ITT Industries**
*Engineered for life*

## WHIRLPOOL BATH PUMPS

# MAGNA Whirlpool Bath Pump



**NEW** Electronic On/Off
The air button alternative.
See page 61



**Compact, Light Weight and Superior Performance**



### Features
• Available in 1 1/2 EQPP and 1 1/4 EQPP
• 120 Volt, 60 Hz
• Dry run mechanical seal for reliability.
• Glass reinforced composite pump housing.
• UL Recognized and CSA certified.
• Self draining suction inlet.
• Center discharge.
• Factory installed cord/plug.
• Factory installed air switch.

**Ultra quiet operation**

**Options:** Unions 11-3480
90 Bulk pack - 11-348090

**NEW** Pump
**Stand (Option)**
15-2341

### Magna Pump Assemblies

| | |
|---|---|
| **LD5** | 1 1/4 EQPP  120V/60Hz  8.5 lbs. |
| **LD7** | 1 1/2 EQPP  120V/60Hz  10.5 lbs |

**LD5** 0003L00C (90 Pumps / No Unions)
0003L88C (Single Pump / + 2 Unions)

**LD7** 0004L00C (90 Pumps / No Unions)
0004L88C (Single Pump / + 2 Unions)



7.00"
1.50
4.00"
5.00"

3.60"

5.00" - 1 1/4 EQPP     6.50"
6.00" - 1 1/2 EQPP

11.50" - 1 1/4 EQPP
13.00" - 1 1/2 EQPP

 

# HydroAir HEATERS



**ITT Industries**
*Engineered for life*

## AquaHeat II™ Series Whirlpool Bath Heater

## AquaHeat II™ "In-Line" Bath Heater



Sealed, Molded Polymer Electrical Enclosure

Heater ON Light

**07-0EKFT**
**Pressure** - Inline Whirlpool Bath Heater

**07-0EKFT15-V**
**Vacuum** - Inline Whirlpool Bath Heater

1" - 1 1/2" - 2" or Metric Tail Pieces

Stainless Steel Housing

The advanced AquaHeat II™ Inline Heater provides the ultimate in performance and reliability.

• Available in either pressure or vacuum models to fit virtually any installation.

• Ultra-compact design for the utmost in installation Flexibility.

• Easy installation with convenient union connections.

### SPECIFICATIONS:

**Input:** 120V

**Output:** 1500W

**Electrical Rating:** 12 Amps

• UL Listed for both Factory and Field Installation
• Time Delay High Limit to avoid nuisance tripping
• Stainless Steel Housing
• Heater ON Light
• 1" - 1 1/2" - 2" or Metric Tail Pieces
• Sealed, Molded Polymer Electrical Enclosure

### Inline Heater Dimensions



9.00 in.
Heater length less unions 5.50 in
3.75 in.

## Typical "Inline" Installation Diagrams



Typical INLINE installation (pressure)     Typical INLINE installation (vacuum)



# FINISHES — HydroAir

## Color Selection / Metal finishes

### Color selection - Plastic Escutcheon, Suctions and Air Controls

| Code | Color |
|------|-------|
| ALMD | Almond |
| AQBL | Aquamarine |
| BIS | Biscuit |
| BLK | Black |
| BLU | Blue |
| BON | Bone |
| BRN | Brown |
| GRY | Gray |

| Code | Color |
|------|-------|
| HRNBL | Heron Blue |
| ICE | Ice Gray |
| INBLUSH | Innocent Blush |
| SEAF | Seafoam |
| SHL | Shell |
| STRSLV | Sterling Silver |
| TG | Tender Gray |

**Note: Not all Fittings available in all colors**



Plastic Escutcheon, Suction Covers and Air Control handles are available in variety of colors to match most bath colors.

### Metal Finishes - Plastic Escutcheon, Suctions and Air Controls

| Code | Color |
|------|-------|
| DB | Dura Brass |
| PB | Polished Brass |
| PC | Polished Chrome |
| PG | Polished Gold |
| PN | Polished Nickel |

| Code | Color |
|------|-------|
| RB | Raw Brass |
| SC | Satin Chrome |
| SG | Satin Gold |
| SN | Satin Nickel |
| SS | Stainless Steel |

**Note: Not available for all products**



Plastic metal plated Escutcheon, Suction Covers and Air Control handles are available in variety of metal finishes.

Products shown on this page are approved in accordance with European norms and are shipped from Denmark.

# HydroAir  AIR BLOWERS


**ITT Industries**
*Engineered for life*

## Perseus Whirlpool Blowers

## The Right Performance for small to medium size Whirlpool and Spa applications



Perseus blower

**Perseus blowers are designed to fit compact whirlpool and spa systems where space is limited.** Perseus blowers feature high performance, small building size and simple installation. Power options include, 360, 425, 560 and 760W - 230V, 50Hz, class II.

The 360 and 425W models are designed to fit compact whirlpool systems. The 560 and 760W models are ideal for small to medium size spa systems. Convenient mounting points and a versatile connection system ensure both quick and flexible installation.

Perseus series class II blowers are approved according to European norms.

## FEATURES

- **High performance**
- **Quiet operation**
- **Small building size**
- **Easy installation**
- **Variable speed control option**
- **Heater option**
- **Modern design**
- **Variable speed controlled by integrated electronics**

## 16 MODELS TO SELECT FROM

| Model | Motor W | Heater W | Total W | Model | Motor W | Heater W | Total W |
|---|---|---|---|---|---|---|---|
| **360W** Small to medium size on/off whirlpools | | | | **560W** Small to medium size spas | | | |
| 22-60409 | 360 | - | 360 | 22-6040 | 560 | - | 560 |
| 22-60419 | 360 | - | 360 | 22-6041 | 560 | - | 560 |
| 22-60429 | 360 | 180 | 540 | 22-6042 | 560 | 250 | 810 |
| 22-604219 | 360 | 180 | 540 | 22-60421 | 560 | 250 | 810 |
| **425W** Small to medium size on/off whirlpools | | | | **760W** Small to medium size spas | | | |
| 22-60405 | 425 | - | 425 | 22-6060 | 760 | - | 760 |
| 22-60415 | 425 | - | 425 | 22-6061 | 760 | - | 760 |
| 22-60425 | 425 | 250 | 675 | 22-6062 | 760 | 250 | 1010 |
| 22-604215 | 425 | 250 | 675 | 22-60621 | 760 | 250 | 1010 |

All models with total effect of 560W or above (not air switch models) can run with variable speed. If used with our 500 digital and 1500 electronic systems, the 560W can run at variable speed with the same performance as the 360 and 425W blowers by use of special programming. Massage mode is also possible. (The 360 and 425W models cannot run at variable speed).







# A Q U A T I C

**Designed for luxury.** Engineered for life.



**Designed for luxury. Engineered for life.** Whether it's a week spent a world away from home, or a simple afternoon at the spa, your escape is what you make it. For more than 20 years, Aquatic has been developing innovations in hydrotherapy to bring the spa experience into your home. A spectrum of colors to fit your décor. Luxurious features to fit your style. It's a philosophy that has made us the leading luxury whirlpool bath company in the industry. And we continue to be the best through innovative production technology, high-quality materials and the best warranty available.

Browse through our wide product offering. Select the features and designs that fit your preference. Then call your local Aquatic distributor (or our corporate headquarters toll free: 800-555.5324). Together, we can design the perfect spa experience for you, right in your own home.

# GALLERY FEATURES

- 5-7 hydrotherapy jets including:

  -Rotary Massage Back Jets

  -Pressure-Flo Hydrotherapy Jets

- 1-HP run-dry safe pump

- Bath-side on/off air button

- Slip-resistant floor

- Sculptured arm rests (most models)

- Pre-leveled ABS support base

- Quiet pad anti-vibration pump mount

- Heat-bent rigid PVC piping

- Durable, easy-to-clean Lucite cast acrylic surface

- Factory run-tested

- Limited lifetime warranty

- UL and IAPMO listed



**Bath-Side On/Off Air Button**

A simple touch of a convenient On/Off Air Button operates the Gallery whirlpool.



**Rotary Massage Back Jet**

Deeply recessed for greater bathing comfort, the Rotary Massage Jet generates a powerful rotating massage targeting the lower back area. The Rotary Massage Jet hydrotherapy is adjustable for customized comfort.



**Pressure-Flo Hydrotherapy Jet**

The Pressure-Flo Jet targets the hips, legs and feet with customized hydrotherapy. Simple adjustments control the direction and volume of jet pressure. Create a gentle flow of air and water or stronger massage action.



**Sculptured Arm Rests**

Designed to allow your body to rest in total comfort, our ergonomically designed arm rests are available on most Gallery models.



ARM RESTS
Ergonomically designed
to provide maximum
comfort during your
hydrotherapy experience.

PRESSURE-FLO HYDROTHERAPY JET
Delivers deep and focused massage to
hips, knees, calves and feet. Volume
and direction of this jet can be adjusted
for personal comfort.

ROTARY MASSAGE JET
Recessed for maximum
comfort, this hydrotherapy jet
delivers rotating massage
pattern for the lower back
area. Volume and direction
of this jet can be adjusted
for personal comfort.

d

BATH-SIDE ON/OFF
AIR BUTTON
A simple touch of
this convenient
button operates
the whirlpool bath.

HEAT-BENT RIGID PVC PIPING
Ensures an optimum drain-down
system each time you use your
whirlpool bath.

QUIET PAD ANTI-VIBRATION
PUMP MOUNT
Absorbs sound and vibration
for quiet operation.

PRE-LEVELED ABS SUPPORT BASE
Provides support and simple installation
while absorbing noise and vibration.

1-HP RUN-DRY SAFE PUMP
Protects against motor and seal
damage in case of accidental
turn-on of empty unit.

GALLERY SERIES

75

# AQUATIC OPTIONAL ACCESSORIES



**Flat Panel Skirt**

A stylish flat panel color matched acrylic skirt is available for most rectangle whirlpool baths.



**Curved and Neo-Angle Skirts**

These beautifully designed color matched acrylic skirts are available for most corner models.



**Inline Maintenance Heater**

Enjoy longer baths with a consistent temperature powered by a 1.5-kW factory-installed maintenance heater – option available on Luxury and Gallery models.



**Chromatherapy**

Select Aquatic baths provide the benefits of chromatherapy. Enjoy the soothing effects of a constant color wash or the soft rotation of the color spectrum. Option available on LuxeAir, Luxury and Gallery models.



**Decorative Rim Kit**

The decorative rim kit, available in chrome and polished brass, puts the finishing touch around your Aquatic bath.



**Control Panel Trims**

Available in seven finishes to coordinate with bathroom fixtures. See page 92 for color selection.



**Bolt-On Grab Bars**
Available on select models, this added safety feature is available in the following finishes: chrome, polished brass, satin nickel, polished nickel, oil rubbed bronze, gold tone, white and biscuit. Metal finishes are PVD coated to protect from scratches and tarnishing.



**Designer Drain, Waste and Overflow**
Select from two styles: cable drive or lift and turn, both available in chrome, polished brass, satin nickel, polished nickel, oil rubbed bronze and gold tone. The cable drive drain, waste and overflow are also available in bone, white and biscuit.



**Drain, Waste and Overflow for Freestanding**
Coordinates with the classic elegance of Aquatic's freestanding air baths. The drain, waste and overflow are available in chrome, polished brass, satin nickel, polished nickel, oil rubbed bronze and white.



**Hand Held Jet**
An Aquatic exclusive, the Hand Held Jet provides massage action for places that are hard to reach. Available for the Millennium, Infinity, Century, LuxeAir, Luxury and Gallery models. Available in chrome or brass.



**Comfort Bath Pillow**
Our removable bath pillows add comfort to your bathing experience. Select from oval or rectangle, both available in white, biscuit and black.



**Claw Foot Finishes**
A selection of six finishes is available to coordinate with bathroom fixtures. See page 92 for finishes.

# AQUATIC FINISHES

## Color Matched Jets

Color matched jets are standard in the nine color finishes shown here.


White


Biscuit


Bone


Almond


Linen


Innocent Blush


Sterling Silver


Ice Gray


Black

## Jet Finishes

Each finish is PVD coated to protect from scratches and tarnishing. It's an elegant option that enhances the beauty of your Aquatic bath while coordinating with other bathroom fixtures.


Chrome


Polished Brass


Satin Nickel


Polished Nickel


Gold Tone

## Claw Foot Finishes

Choose from a selection of six finishes on claw foot tubs.


Chrome


Polished Brass


Satin Nickel


Polished Nickel


Oil Rubbed Bronze


White

## Control Panel Trims

Choose from a selection of seven finishes on control panels to coordinate with bathroom fixtures.


Chrome


Polished Brass


Satin Nickel


Oil Rubbed Bronze


White


Biscuit


Clear

1-877-618-7024

Get specification information anytime via
24 hour Toll Free Fax On Demand

As the printed medium cannot accurately reflect the true color and luster of our products, please contact your local Aquatic distributor to view actual samples.

# SERIES
# FEATURES

## MILLENNIUM SERIES

- 24 hydrotherapy jets including:
  - Shiatsu-Pro Neck and Back Jets
  - Pressure Plus Jets for elbow and wrist therapy
  - Rotary Massage Elite Jets for knee and foot therapy
  - Fan Jets for back therapy
- 2 pulsating neck jet pillows
- Independent 2-HP, 3-speed run-dry safe pumps for each reclining lounger
- Digital electronic control system
- Shiatsu electronic control panel with pre-programmed jet sequencer
- Inline maintenance heater
- Universal remote control
- Air bath system with 1-HP variable speed air blower and 600 watt air heating system
- Fast-fill waterfall spout (also available without spout)
- Footrest
- Chromatherapy
- 2 reclining lounge seats with arm rests
- Slip-resistant floor
- Adjusta-level base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## INFINITY SERIES

- 16-17 hydrotherapy jets including:
  - Shiatsu Back Jets
  - Rotary Massage Back Jets
  - Pressure-Flo Hydrotherapy Jets
  - Rotary Massage Elite Jets
- Pulsating neck jet pillow
- 2-HP run-dry safe pump
- Digital electronic control system
- Shiatsu electronic control panel with pre-programmed jet sequencer
- Inline maintenance heater
- Air bath system with 1-HP variable speed air blower and 600 watt air heating system
- Fast-fill waterfall spout (some models available without spout)
- Continuous waterfall and integral tile flange (Infinity I only)
- Chromatherapy
- Deep bathing well with contoured seating (most models)
- Slip-resistant floor
- Sculptured arm rests
- Adjusta-level base
- Quiet pad anti-vibration pump mount
- Durable, easy-to-clean Lucite cast acrylic surface
- Heat-bent rigid PVC piping
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## CENTURY SERIES

- 6-9 hydrotherapy jets including:
  - Fan Jet
  - Rotary Massage Back Jets
  - Pressure-Flo Hydrotherapy Jets
- 2-HP, 3-speed run-dry safe pump
- Bath-side electronic control panel
- Inline maintenance heater
- Fast-fill waterfall spout (some models available without spout)
- Chromatherapy
- Deep bathing well with contoured seating (most models)
- Slip-resistant floor
- Sculptured arm rests
- Grab bar(s) or molded safety grasps
- Pre-leveled ABS support base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## LUXEAIR SERIES

- 6-9 hydrotherapy jets including:
  - Rotary Massage Back Jets
  - Pressure-Flo Hydrotherapy Jets
  - StressEaz Neck and Shoulder Therapy System II
- 1.75-HP run-dry safe pump with 20-minute timer
- Inline maintenance heater
- Air bath system
  - 1-HP variable speed air blower with 600 watt air heating system
  - 3 air massage settings: constant, wave and pulse
  - Automatic purge and dry cycle
- Electronic control panel
- Deep bathing well with sculptured arm rests
- Slip-resistant floor
- Adjusta-level support base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Acrylic grab bar (most models)
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## LUXURY SERIES

- 6-9 hydrotherapy jets including:
- -Rotary Massage Back Jets
- -Pressure-Flo Hydrotherapy Jets
- -StressEaz Neck and Shoulder Therapy System II
- 1.75-HP run-dry safe pump
- Bath-side on/off electronic button with timer
- Deeply contoured bathing well
- Slip-resistant floor
- Sculptured arm rests
- Acrylic grab bars (most models)
- Pre-leveled ABS support base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## SERENITY™ SERIES

- Air bath system
- 1-HP variable speed air blower with 20-minute timer
- Electronic control package with wave and pulse features
- 600-watt air heating system
- Automatic purge and dry cycle with water sensors
- Air channels lined with antimicrobial coating
- Chromatherapy (excluding freestanding models)
- Deep bathing well
- Raised seats for air jet action on thighs (most models)
- Slip-resistant floor
- Sculptured arm rests (most models)
- Grab bars (most models)
- Remote control (standard for freestanding models)
- Pre-leveled ABS support base (excluding freestanding models)
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## SERENITY™ STUDIO SERIES

- Air bath system
- 1-HP variable speed air blower with 20-minute timer
- Electronic control package with wave and pulse features
- 600-watt air heating system
- Remote control (standard for freestanding models)
- Automatic purge and dry cycle with water sensors
- Air channels lined with antimicrobial coating
- Chromatherapy (excluding freestanding models)
- Deep bathing well
- Ideal for undermount application (excluding Serenity Studio 12)
- Slip-resistant floor
- Pre-leveled ABS support base (excluding freestanding models)
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## GALLERY SERIES

- 5-7 hydrotherapy jets including:
- -Rotary Massage Back Jets
- -Pressure-Flo Hydrotherapy Jets
- 1-HP run-dry safe pump
- Bath-side on/off air button
- Slip-resistant floor
- Sculptured arm rests (most models)
- Pre-leveled ABS support base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## HOTSOAK™ SERIES

- Inline maintenance heater
- Run-dry safe pump
- Circulation portal covers
- Deep bathing well with contoured seating (some models)
- Acrylic grab bar (some models)
- Sculptured arm rests (some models)
- Pre-leveled ABS support base
- Quiet pad anti-vibration pump mount
- Heat-bent rigid PVC piping
- Slip-resistant floor
- Durable, easy-to-clean Lucite cast acrylic surface
- Factory run-tested
- Limited lifetime warranty
- UL and IAPMO listed

## RESTORATION™ SERIES

- Deep bathing well
- Thick, durable acrylic surface
- Claw feet available in chrome, polished brass, satin nickel, polished nickel, oil rubbed bronze and white (excluding Restoration 5)
- Slip-resistant floor
- Limited lifetime warranty
- UL and IAPMO listed



**Designed for luxury.** Engineered for life.



# LUXURY AND GALLERY SERIES
## Owner's Manual & Installation Guide

Note:  Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



A Q U A T I C

**Designed for luxury.** Engineered for life.



# SERENITY™ *AIR BATHS*
## Owner's Manual & Installation Guide

Note:  Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.

A Q U A T I C

**Designed for luxury.** Engineered for life.



## *HotSoak*™

# Owner's Manual & Installation Guide

Note: Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



A Q U A T I C

**Designed for luxury.** Engineered for life.



OWNER'S MANUAL &
INSTALLATION GUIDE



Note: Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



Designed for luxury. Engineered for life.



# RESTORATION SERIES

## Owner's Manual & Installation Guide

Note: Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



**Designed for luxury.** Engineered for life.



# Delicair™ Laundry Basin
# Owner's Manual & Installation Guide

Note:  Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



Designed for luxury. Engineered for life.



# Builder Select Collection
## Owner's Manual & Installation Guide

Note: Read all instructions before proceeding with installation.
All specifications are ± 1/4" and are subject to change without notice.



REX A. DONNELLY
DIRECT DIAL: 302-778-3460
EMAIL: radonnelly@ratnerprestia.com

JOHN W. MCGLYNN*
DIRECT DIAL: 302-778-3467
EMAIL: jwmcglynn@ratnerprestia.com

* Member of the Maryland and District of Columbia bars only. Not admitted in Delaware.

January 8, 2007

Via Certified Mail

Aquatic Industries, Inc.
11880 Ranch Road 2243
Leander, TX 78641
P.O. Box 889
Leander, TX 78646-0889

      Re:    ENGINEERED FOR LIFE; Our Ref.: ITME-964

To whom it may concern:

      We are intellectual property counsel to ITT Manufacturing Enterprises, Inc. and ITT Corporation (collectively "ITT"), the owner of the well-known trademark **ENGINEERED FOR LIFE**. It has come to our client's attention that your company is using ENGINEERED FOR LIFE in connection with bathtubs, whirlpools and related goods, including jets and heaters. For your convenience, we enclose a copy of the cover of your current catalog and a printout of a page from the www.aquaticwhirlpools.com website, both bearing ENGINEERED FOR LIFE.

      ITT is the owner of over 200 registrations for its **ENGINEERED FOR LIFE** mark and **ITT ENGINEERED FOR LIFE** marks worlwide, including US Reg. No. 2,606,789 for, *inter alia*, spa, pool bath and aquatic products including pumps, blowers, jets and heaters. A copy of the Certificate of Registration for US Reg. No. 2,606,789 is enclosed. Over the past eight years, our client has extensively used and otherwise invested considerable time and money establishing exclusive proprietary rights in the mark **ENGINEERED FOR LIFE** throughout the world in connection with a wide variety of goods and services. As a result of our client's efforts, the **ENGINEERED FOR LIFE** marks have become famous and valuable intellectual property rights, which our client will take all reasonable steps to protect.

      Be advised that your company's unauthorized use of ENGINEERED FOR LIFE may constitute trademark infringement, trademark dilution and/or unfair competition and may cause confusion in the marketplace, in violation of the United States Lanham Act. Our client is concerned that your use of ENGINEERED FOR LIFE will create consumer confusion resulting in the mistaken belief that your products emanate from or are otherwise associated with ITT.



Aquatic Industries, Inc.
Page 2

In light of the foregoing, our client demands that your company 1) immediately discontinue any use of ENGINEERED FOR LIFE and/or any combination and/or misspelling thereof and 2) provide us with your company's written assurances of compliance with the foregoing demand.

This letter is not intended to be a full statement of the facts in this matter, and is without prejudice to our client's right to seek full redress for the infringing use and/or dilution of our client's trademark rights and/or unfair competition, including damages, injunctive relief, and expenses in pursuing litigation, if necessary.

Our client demands a written response within ten (10) days of this letter. Failure to respond will result in consideration of other options to resolve this issue, including legal action. We look forward to your immediate response.

Sincerely,

RatnerPrestia

Rex A. Donnelly
John W. McGlynn

RAD/JWM/bz

cc: Tom Blasey

113 PB607974
9532 $04.640 JAN 09 07
1525 WILMINGTON DE 19810

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aquatic Industries, Inc.
11880 Ranch Road 2243
Lender TX  78641

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tracey Esquivel    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
TRACEY ESQUIVEL    1-19-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0001 9467 2691

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

**U.S. Postal Service**
**CERTIFIED** (Domestic Mail
For delivery infor

OFF

| | |
|---|---|
| Postage | 2.40 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here

Sent To
Aquatic Industries
Street, Apt. No.; or PO Box No.  11880 Ranch Rd.
City, State, ZIP+4  Lender TX 78641

PS Form 3800, June 2002    See Rev

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here
JAN 2007

Sent To
Aquatic Industries Inc
Street, Apt. No.; or PO Box No.  11880 Ranch Rd 2243
City, State, ZIP+4  Lender TX 78641  (Item-96)

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0001 9467 2691
7005 1820 0001 9467 2691
7005 1820 0001 9467 2691

CERTIFIED MAIL™




**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 1101
P.O. BOX 1596
WILMINGTON, DE 19899



A Q U A T I C

**Designed for luxury.** Engineered for life.



**Designed for luxury.** Engineered for life.

Contact
Sitemap
Find a Showroom

Product Size
And/Or Shape
And/Or Model

Products
Customized Hydrotherapy
Customer Service
Press Room
Design Portfolio
About Us

## AQUATIC OPTIONAL ACCESSORIES



**Flat Panel Skirt**
A stylish flat panel color matched acrylic skirt is available for most rectangle whirlpool baths.



**Hand Held Jet**
An Aquatic exclusive, the
provides massage actio
to reach. Available for th
Century, LuxeAir, Luxu
Available in chrome or br

### The Depth of Aquatic's Excellence
Discover endless possibilities
for a relaxing bathing experience

### Get a Catalog
Download our new catalog
in PDF format



**Inline Maintenance Heater**
Enjoy longer baths with a consistent temperature powered by a 1.5-kW factory-installed maintenance heater – option available on Luxury and Gallery models.



**Designer Drain, Waste**
Select from two styles: c
turn, both available in ch
satin nickel, polished nic
and gold tone. The cable
overflow are also availab
biscuit.



**Decorative Rim Kit**
The decorative rim kit, available in chrome and polished brass, puts the finishing touch around your Aquatic bath.



**Comfort Bath Pillow**
Our removable bath pillo





bathing experience. Sele
rectangle, both available
black.

**Curved and Neo-Angle Skirts**
These beautifully designed color matched acrylic
skirts are available for most corner models.





**Drain, Waste and Over**
Coordinates with the clas
Aquatic's freestanding ai
waste and overflow are a
polished brass, satin nicl
rubbed bronze and white

**Chromatherapy**
Select Aquatic baths provide the benefits of
chromatherapy. Enjoy the soothing effects of a
constant color wash or the soft rotation of the
**color spectrum**. Option available on **LuxeAir**,
**Luxury** and **Gallery** models.



**Claw Foot Finishes**
A selection of six finishes
coordinate with bathroon
**& Colors** for finishes.



**Control Panel Trims**
Available in seven finishes to coordinate with
bathroom fixtures. See **Finishes & Colors** for
color selection.



**Bolt-On Grab Bars**
Available on select models, this added safety
feature is available in the following finishes:
chrome, polished brass, satin nickel, polished
nickel, oil rubbed bronze, gold tone, white and
biscuit. Metal finishes are PVD coated to protect
from scratches and tarnishing.

© 2006 Aquatic Industries | All Rights Reserved

sitemap / reps login

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ITT MANUFACTURING ENTERPRISES, INC.
AND ITT CORPORATION

**DEFENDANTS**
AQUATIC INDUSTRIES, INC.

**(b)** County of Residence of First Listed Plaintiff   NEW CASTLE, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   WILLIAMSON, TX
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rex A. Donnelley, Esquire, RatnerPrestia, Suite 1100, Nemours Bldg.,
1007 Orange St., Wilmington, DE 19801, (302) 778-2500

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☒ 3   Federal Question
        (U.S. Government Not a Party)

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        another district
        (specify)

☐ 6   Multidistrict
        Litigation

☐ 7   Appeal to District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1051 et seq.
Brief description of cause:
Action in violation of Lanham Act and for violations of Delaware State statutory and common law.

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):   JUDGE

DOCKET NUMBER

DATE
11/20/2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

~ 0 7 ⁻ 7 4 6 ~

Civil Action No. _____



FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 NOV 20 PM 4: 01

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

11-20-07
(Date forms issued)

*Jeffrey E. Mitchell*
(Signature of Party or their Representative)

Jeffrey E. MITCHELL
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action