IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC. and ITT CORPORATION, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>AQUATIC INDUSTRIES, <br><br>　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 07-746-SLR <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

At Wilmington this 21st day of April, 2008, there having been no activity in the above-captioned case since November 28, 2007;

IT IS ORDERED that, on or before **May 23, 2008**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge