IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., and ITT CORPORATION,  :<br><br>Plaintiffs,  :<br><br>v.  :<br><br>AQUATIC INDUSTRIES, INC.  :<br><br>Defendant.  : | C.A. No. 07-746 (SLR) |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1)

Plaintiffs, ITT Manufacturing Enterprises, Inc., and ITT Corporation, through undersigned counsel, hereby dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RATNERPRESTIA

/s/
Rex A. Donnelly, IV (Delaware ID # 3492)
Joanne Ceballos (Delaware ID # 2854)
1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE: 302.778.2500
FACSIMILE: 302.778.2600
E-MAIL: radonnelly@ratnerprestia.com
          jceballos@ratnerprestia.com

Dated: May 22, 2008